[No. 12283-2-III.   Division Three.   February 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT M. PETRUSO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-8-01730-8, James M. Murphy, J., entered March 16, 1992. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.

[No. 12673-1-III.   Division Three.   February 15, 1994.]

JAMES P. LUCAS, ET AL, *Appellants*, v. GORDON R. BEASLEY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 91-2-00124-0, Fred L. Stewart, J., entered December 29, 1992. *Affirmed in part* and *remanded* by unpublished opinion per Munson, J., concurred in by Schultheis, A.C.J., and Sweeney, J.

[No. 14575-8-II.   Division Two.   February 16, 1994.]

MARIAN RENDON, *Respondent*, v. EDWARD RENDON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-2-01901-6, Roger A. Bennett, J., entered December 28, 1990. *Affirmed* by unpublished opinion per Cox, J. Pro Tem., concurred in by Alexander, J., and Green, J. Pro Tem.

[No. 15598-2-II.   Division Two.   February 16, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ROBERT CLARY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00430-4, James E. Warme, J., entered December 12, 1991. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.